Trent Petersen 89067
(full name/prisoner number)
200 Courthouse Way
Rigby, ID 83442
(complete mailing address)

U.S. COURTS
SEP 16 2013
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Trent Michael Guy Petersen,
(full name)

Plaintiff,

v.

Idaho Department of Corrections
1299 N. Orchard ST. #110
Boise, Idaho, 83706

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No. 4:13-CV-412-REB
*(to be assigned by Court)*

PRISONER COMPLAINT

Jury Trial Requested: _X_ Yes  ___ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply)*:

_X_ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
___ Other federal statute *(specify)* _____; or diversity of citizenship.
___ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

**B. PLAINTIFF**

My name is Trent Michael Guy Peterson. I am a citizen of the State of Idaho,

presently residing at Jefferson County Jail.

**C. DEFENDANT(S) AND CAUSE(S) OF ACTION**

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing I.D.O.C., who was acting as Custodian.
   (defendant) (job title, if a person; function, if an entity)

   for the ~~State~~ State of Idaho.
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on 4-3-11 (dates), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   Kept me over my maximum release date. My sentence carried a max sentence of 3 years. My original release date was March of 2012, (which was 4 years). Then they dropped my release date to June of 2011 and then I was their suprise release on 5-20-11. 47 days past my top out date.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   Illegall incarciration

4. I allege that I suffered the following injury or damages as a result:
   I was beaten up and extorted for my medication. I was stabbed. I was kept from my family, wife and children, and work to provide for them

5. I seek the following relief: $5,000.00 a day for 47 days totalling $235,000.00 plus punitives.

6. I am suing Defendant in his/her __ personal capacity *(money damages from Defendant personally)*, and/or
   X official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or X Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   X Yes ___ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I sent multiple letters regarding this issue and was told that I was wrong.

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do X  do not ___ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: I just need help with the paperwork. I couldn't even find an attorney in Idaho Falls who would let me pay them to write up the proper motions.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ (date); OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on ~~9-6-13~~ 9-11-13 (date); OR (specify other method) _____.

Executed at __Jefferson County Jail__ on __9-6-13__.
(Location)                                   (Date)

_____
Plaintiff's Original Signature

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.

*PRISONER COMPLAINT - p. 4*     (Rev.
*10/24/2011)*